# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00901-CV

---

### K. N. K., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-19-000126, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

---

## NO. 03-19-00927-CV

---

### K. N. K., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-18-000626, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant K. N. K. filed her notices of appeal on December 10, 2019. The appellate record was complete in both cases on January 22, 2020, making appellant's briefs due

February 11, 2020.  On February 10, 2020, counsel for appellant filed motions for extension of time to file appellant's briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule constrains this Court's leeway in granting extensions.  In this instance, we will grant the motions in part and order Karen Wang to file appellant's briefs no later than March 2, 2020.  If the briefs are not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on February 12, 2020.


Before Justices Goodwin, Kelly, and Smith